IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Criminal Action No. 03- 103 |
| | : | |
| v. | : | |
| | : | |
| DAVID A. SAUNDERS, | : | |
| Defendant. | : | |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant David A. Saunders, except for the limited purposes of (1) permitting federal agents to enter the arrest warrant into NCIC and international law enforcement data bases; and (2) permitting the government to notify government authorities in other countries of the existence of the Indictment and Arrest Warrant to the extent necessary to obtain international discovery and apprehension assistance.

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Dated: November 19, 2003

\* \* \*

AND NOW, to wit, this __19__ day of __November__, 2003, upon the foregoing Motion,

**IT IS SO ORDERED.**

_____
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware