IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal Action No. 03- **103** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID A. SAUNDERS, | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, David A. Saunders as a result of the Indictment returned against him on November 19, 2003.

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Dated: November 19, 2003

AND NOW, this __19__ day of __November__, 2003, upon the foregoing Motion, **IT IS ORDERED** that a bench warrant be issued for the arrest and apprehension of David A. Saunders.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware