IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 03-103-KAJ |
| DAVID SAUNDERS, | : |
| Defendant. | : |

### GOVERNMENT'S MOTION TO DISMISS INDICTMENT

**NOW COMES** the United States, through its undersigned attorneys, and moves to dismiss the Indictment and arrest warrant in this case issued on November 19, 2003. The Defendant remains outside the jurisdiction of the United States, and the motion is made in the interests of the administration of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Date: May 23, 2006.

\* \* \*

**AND NOW**, this _____ day of May, 2006, upon the foregoing motion, **IT IS HEREBY ORDERED** that the Indictment and arrest warrant in this case are **DISMISSED**.

_____
THE HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT JUDGE